IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Heather Breanna Roney, Debtor          Case No. 23-51232-KMS
                                                CHAPTER 13

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: July 17, 2025        Signature:    /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         Jennifer A Curry Calvillo (MSBN 104367)
                                         The Rollins Law Firm, PLLC
                                         P.O. Box 13767
                                         Jackson, MS 39236
                                         trollins@therollinsfirm.com
                                         601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Heather Breanna Roney, Debtor                Case No. 23-51232-KMS
                                                                        **CHAPTER 13**

**MOTION TO SUSPEND PLAN PAYMENTS**

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of August 2025.
3. Debtor fell behind due to unexpected school expenses. As such, Debtor cannot afford to make the monthly plan payment. Debtor will be able to resume making payments beginning in September 2025.
4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on July 17, 2025, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

             <u>/s/ Thomas C. Rollins, Jr.</u>
             Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-51232 |
|---|---|
| HEATHER BREANNA RONEY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/17/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-51232 |
|---|---|
| HEATHER BREANNA RONEY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 7/17/2025, a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/17/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-51232<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU JUL 17 10-2-48 PST 2025 | (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | SUNBELT FEDERAL CREDIT UNION<br>6885 US HIGHWAY 49<br>HATTIESBURG  MS 39402-7807 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | ~~EXCLUDE~~<br>~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ | ~~EXCLUDE~~<br>~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ |
| AFFIRM  INC<br>ATTN BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO  CA 94108-2716 | AFFIRM  INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | COMENITY CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 |
| COMENITYMPRC<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | HATTIESBURG CLINIC  PA<br>415 S 28TH AVE<br>HATTIESBURG  MS 39401-7283 | JONES FAMILY MEDICINE<br>30 CIRCLE J DRIVE<br>STE 1<br>LAUREL  MS 39440-1981 |
| (P)KLARNA INC<br>ATTN BANKRUPTCY<br>PO BOX 8116<br>COLUMBUS OH 43201-0116 | KOHLSCAPITAL ONE<br>PO BOX 3043<br>MILWAUKEE  WI 53201-3043 | NAVIENT<br>ATTN  BANKRUPTCY<br>PO BOX 9500<br>WILKES BARRE  PA 18773-9500 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | RELIANT CAP<br>750 CROSS POINTE RD<br>GAHANNA  OH 43230-6691 | REPUBLIC FINANCE<br>1600 HWY 15N 300B<br>LAUREL  MS 39440 |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | SOUTH CENTRAL CLINICS<br>LANE W STAINES  ESQ<br>1220 JEFFERSON STREET<br>LAUREL  MS 39440-4355 | SOUTH CENTRAL REGIONAL MEDICAL CENTER<br>LANE W STAINES  ESQ<br>1220 JEFFERSON STREET<br>LAUREL  MS 39440-4355 |
| SOUTHERN BONE  JOINT<br>3688 VETERANS MEMORIAL<br>STE 200<br>HATTIESBURG  MS 39401-8246 | SUNBELT FEDERAL CREDIT UNION<br>6885 U S HIGHWAY 49 N 3<br>HATTIESBURG  MS 39402-7807 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO  FL 32896-5060 |
| SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | WORLD FINANCE COMPANY OF MISSISSIPPI<br>LLC<br>WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE  SC 29606-6429 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | DEBTOR |
|---|---|---|
| WORLD FINANCE CORP<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE  SC 29606-6429 | ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | HEATHER BREANNA RONEY<br>314 RED HILL FLORENCE RD<br>HEIDELBERG  MS 39439-3210 |

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~