**SO ORDERED,**



Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
  HEATHER BREANNA RONEY  
  314 Red Hill Florence Rd  
  Heidelberg, MS  39439

CHAPTER 13 PROCEEDING  
23-51232 KMS

SSN:  XXX-XX-0524

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  JONES COUNTY BOARD OF SUPERVISORS  
  attn: Payroll  
  22 MASON STREET  
  LAUREL, MS  39440

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE  
  LOCK P.O. BOX 871  
  HATTIESBURG, MS  39403  
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403  
(601) 582-5011  
ecfNotices@rawlings13.net