**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Heather Breanna Roney |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of MS (State) |
| Case number | 23-51232 |

Official Form 410S1

# Notice of Mortgage Payment Change         12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** 21st Mortgage Corporation  
**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7 6 2 2

**Date of payment change:**  
Must be at least 21 days after date of this notice: 03/15/2026

**New total payment:**  
Principal, interest, and escrow, if any  
For HELOC payment amounts, see Part 3  
$ 514.34

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 118.78  
   **New escrow payment:** $ 115.87

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %        **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____        **New principal and interest payment:** $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?
   - ☒ No
   - ☐ Yes.
     **Current HELOC payment:** $_____
     **Reconciliation amount:** + $_____ or
                                - $_____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Debtor 1 _____   Case number (*if known*) _____
        First Name    Middle Name    Last Name

      Amount of next payment (including reconciliation amount)      $_____

      Amount of the new payment thereafter (without reconciliation amount)      $_____

### Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____   New mortgage payment:  $ _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/: Bridget Baldau _____   Date  02/11/2026
   Signature

Print:  Bridget   Baldau   Title: Bankruptcy Coordinator
      First Name  Middle Name  Last Name

Company:  21st Mortgage Corporation

Address:  P.O. Box 477
      Number  Street
Knoxville   TN   37901
      City  State  ZIP Code

Contact phone  (800) 955-0021   Email: bridgetbaldau@21stmortgage.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE __Southern__ DISTRICT OF __Mississippi__

IN RE: )
   __Heather Breanna Roney__, Debtor(s) )  CHAPTER: __13__
) CASE NO: __23-51232__
)

## CERTIFICATE OF SERVICE

I, __Bridget Baldau__, Bankruptcy Coordinator for 21st Mortgage Corporation, herby certify that on the __11th__ day of February 2026, a true exact copy of

Notice of Mortgage Payment Change   was served upon the following parties in this manner:

SERVICE BY ELECTRONIC MAIL:

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

Samuel J. Duncan
P.O. Box 1951
Hattiesburg, MS 39403

SERVICE BY REGULAR MAIL:

Heather Breanna Roney
314 Red Hill Florence Rd
Heidelberg, MS 39439

/s/: Bridget Baldau

21ST MORTGAGE CORPORATION



**21st Mortgage Corp** NMLS #2280
PO Box 477
Knoxville, TN  37901
http://www.21stmortgage.com
1-800-955-0021
8AM-6PM EST Monday-Friday

# Annual Escrow Account
# Disclosure Statement

Account Number: ███████
Statement Date: 02/04/26

HEATHER B RONEY
C/O ROLLINS LAW FIRM
774 AVERY BLVD N #C
RIDGELAND, MS 39157

|  | CURRENT PAYMENT | NEW PAYMENT DUE 03/15/26 |
|---|---|---|
| (1) Base Escrow Payment |  | 114.39 |
| (2) Shortage/Deficiency |  | 1.48 |
| (3) Credit for Surplus <$50 |  | .00 |
| Total Escrow Payment | 118.78 | 115.87 |
| Principal & Interest (P&I) | 398.47 | 398.47 |
| Total Loan Payment | 517.25 | 514.34 |

## Explanation of the Projections for the Coming Year

The Projections for the Coming Year is a month by month estimate of activity in your escrow account over the next 12 months. Your current escrow balance and all anticipated payments to escrow and disbursements are included to determine the Projected Balance column. The Max Allowed Balance column reflects the amount allowed to be retained in the escrow account including the Max Allowed Cushion, also known as the max allowed low balance, as determined by Federal or State law. The lowest balance in the Projected Balance column (a) is compared to the lowest balance in the Max Allowed Balance column (b) to determine if a surplus or a shortage/deficiency exists.

### Anticipated Escrow Disbursements

These are items expected to be paid from your escrow in the coming year. The Base Escrow Payment was calculated by dividing the Total Disbursements by 12 (divided by 26 if loan is set up for biweekly payments) and adding the Mortgage Insurance premium, where applicable.

| | |
|---|---|
| Total Insurance | 1094.00 |
| Total Tax | 278.65 |
| Total Disbursements | 1372.65 |
| ÷ | 12 |
| Mortgage Ins. (per payment) | +   .00 |
| Base Escrow Payment (1) | = 114.39 |

### Projections for the Coming Year

| Month | To Escrow | From Escrow | Description | Projected Balance | Max Allowed Balance |
|---|---|---|---|---|---|
|  |  |  | Beginning Balance | 96.60 | 343.13 |
| 03/26 | 114.39 |  |  | 210.99 | 457.52 |
| 04/26 | 114.39 |  |  | 325.38 | 571.91 |
| 05/26 | 114.39 |  |  | 439.77 | 686.30 |
| 06/26 | 114.39 |  |  | 554.16 | 800.69 |
| 07/26 | 114.39 |  |  | 668.55 | 915.08 |
| 08/26 | 114.39 |  |  | 782.94 | 1029.47 |
| 09/26 | 114.39 |  |  | 897.33 | 1143.86 |
| 10/26 | 114.39 |  |  | 1011.72 | 1258.25 |
| 11/26 | 114.39 |  |  | 1126.11 | 1372.64 |
| 12/26 | 114.39 |  |  | 1240.50 | 1487.03 |
| 01/27 | 114.39 | -1094.00 | Hazard Insurance | 260.89 | 507.42 |
| 01/27 |  | -278.65 | County Tax | -17.76 (a) | 228.77 (b) |
| 02/27 | 114.39 |  |  | 96.63 | 343.16 |
| Total | 1372.68 | -1372.65 |  |  |  |

### Determining Your Escrow Surplus or Shortage/Deficiency

The Max Allowed Cushion is the minimum balance 21st may require in your escrow account. The Max Allowed Cushion includes up to 2 months of escrow payments to cover increases to your property taxes and/or property damage insurance. The amount retained is determined by Federal and State law or your loan documents.

| | |
|---|---|
| (a) Projected Low-Point: | -17.76 |
| (b) Max Allowed Cushion: | 228.77 |
| Total Escrow Shortage/Deficiency(-) | -246.53 |

### Determining the Escrow Payment for Shortage/Deficiency

| 21st Mortgage has elected to use the lowest payment amount of the payment options below to collect Shortage/Deficiency. (See Payment Information table above) | Amount collected over 12 months | Amount added each payment |
|---|---|---|
| 21st Mortgage can choose to collect the deficiency/shortage balance over 12 months, including any amounts needed to reach the Max Allowed Cushion. | 246.53 | 20.54 |
| 21st Mortgage can choose to collect only the deficiency/shortage balance over 12 months and elect not to collect additional amounts needed to reach the Max Allowed Cushion. | 17.76 | 1.48 (2) |

### Shortage/Deficiency Information

Borrower may apply funds in excess of the monthly payment directly to the account's escrow shortage by completing a check-by-phone at (800) 955-0021. Simply let your 21st Mortgage representative know you would like to apply those funds to the escrow balance.

1



**21st Mortgage Corp** NMLS #2280
PO Box 477
Knoxville, TN  37901
http://www.21stmortgage.com
1-800-955-0021
8AM-6PM EST Monday-Friday

## Explanation of the Escrow Account History

- This statement itemizes your actual escrow account transactions since your previous escrow statement. The projections from your previous escrow analysis are to the left of the actual payments, disbursements, and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- Your projected Max Allowed Cushion  may or may not have been reached based on one or more of the following factors:

| Payment | Taxes | Insurance |
|---|---|---|
| Monthly payment(s) received earlier than projected | Tax rate changed | Premium changed |
| Monthly payment(s) received later than projected | Assessed value changed | Coverage changed |
| Previous overage was returned to escrow | Tax refund received | Premium refund received |
| Customer deposited additional funds into escrow | New tax obligation paid | New insurance obligation paid |
|  | Tax payment returned & voided | Lender placed insurance premium paid |
|  | Supplemental tax paid | Additional premium paid |
|  | Tax bill paid earlier or later than projected | Insurance bill paid earlier or later than projected |

### Escrow Account History

| Month | Payments to Escrow Projected | Actual | Disbursements from Escrow Projected | Actual | Description | Escrow Balance Projected | Actual |
|---|---|---|---|---|---|---|---|
|       |         |           |          |           | Beginning Balance        |  339.09  |  -61.59   |
| 03/25 | 113.02  | 105.48 *  |          |           |                          |  452.11  |   43.89   |
| 04/25 | 113.02  | 118.78 *  |          |           |                          |  565.13  |  162.67   |
| 05/25 | 113.02  | 118.78 *  |          |           |                          |  678.15  |  281.45   |
| 06/25 | 113.02  | 118.78 *  |          |           |                          |  791.17  |  400.23   |
| 07/25 | 113.02  | 118.78 *  |          |           |                          |  904.19  |  519.01   |
| 08/25 | 113.02  | 118.78 *  |          |           |                          | 1017.21  |  637.79   |
| 09/25 | 113.02  | 118.78 *  |          |           |                          | 1130.23  |  756.57   |
| 10/25 | 113.02  | 118.78 *  |          |           |                          | 1243.25  |  875.35   |
| 11/25 | 113.02  |        *  |          |           |                          | 1356.27  |  875.35   |
| 12/25 | 113.02  | 118.78 *  |          |           |                          | 1469.29  |  994.13   |
| 01/26 | 113.02  | 118.78 *  | -334.27  | -278.65 * | County Tax               | 1248.04  |  834.26   |
| 01/26 |         |           | -1022.00 | -1094.00 *| Hazard Insurance         |  226.04 <|  -259.74  |
| 02/26 | 113.02  | 356.34 * E|          |           | Anticipated Customer Pmt |  339.06  |   96.60 E |
| Total | 1356.24 | 1530.84   | -1356.27 | -1372.65  |                          |          |           |

The last analysis projected the disbursements from your escrow account would be $1,356.27. The Max Allowed Cushion, as indicated with an arrow (<), should not have exceeded $226.04. The Max Allowed Cushion is the amount allowed to be retained in the escrow account as allowed by Federal law or State law. The actual lowest balance was -$259.74. Please see above for reasons the actual lowest balance may be higher or lower than the Max Allowed Cushion.

## CORRESPONDENCE

**General Correspondence:**

21st Mortgage Corporation
Attn: Customer Service
620 Market Street, Ste. 100
Knoxville, TN 37902

**Loan Payments Only:**

21st Mortgage Corporation
P.O. Box 148
Memphis, TN 38101-0148

**Customer Inquiries**

21st Mortgage Corporation
Attn: Customer Inquiries
620 Market Street, Ste. 100
Knoxville, TN 37902

For customers whose loan is secured by real property, inquiries under RESPA regarding possible errors in the servicing of your loan or requests for information must be sent to the Customer Inquiries address above. Please include your loan number on any paperwork sent.

**IMPORTANT NOTICE:** If you or your mortgage is subject to bankruptcy proceedings, or if you have received a bankruptcy discharge, this communication is for information purposes only and is not an attempt to collect a debt.

2